DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDISON KENNEDY, LLC, a Limited Liability Company, JEANETTE M. PIEROLA, CHEF DRIVEN HOSPITALITY, LLC a Limited Liability Company, CHEF DRIVEN RESTAURANT GROUP, LLC, a Limited Liability Company, EDISON HOLDINGS, LLC, a Limited Liability Company and COUNTER CULTURE HOSPITALITY, LLC, a Limited Liability Company,

Petitioners,

v.

JEANNE MCGUINNESS,

Respondent

Case No. 2D23-77

_____

September 1, 2023

Petition for Writ of Certiorari to the Circuit Court for Hillsborough County; Christopher C. Nash, Judge.

Rory B. Weiner of Rory B. Weiner, P.A., Brandon, for Petitioner.

Shea T. Moxon and Ceci C. Berman of Brannock Berman & Seider, Tampa; Robert L. Olsen of Longhouse, Richards, Olsen & Rief, PLLC, Tampa, for Respondent.


PER CURIAM.

    Denied.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.